[No. 13620. In Bank. — April 30, 1890.]

# CHRISTINA L. LANGAN, RESPONDENT, *v.* JOHN A. LANGAN, APPELLANT.

DIVORCE — ALIMONY — ALLOWANCE OF COUNSEL FEES — JURISDICTION — DISMISSAL OF APPEAL. — When, after an order allowing monthly payment of alimony to the plaintiff in an action for a divorce, a separate order is made allowing one hundred and fifty dollars counsel fees, an appeal from such order must be dismissed because the amount in dispute is too small to give the court jurisdiction.

MOTION to dismiss an appeal from an order of the Superior Court of the city and county of San Francisco.

The facts are stated in the opinion of the court.

*Wickliffe Matthews*, for Appellant.

*John E. Sundstrom*, and *Manuel Eyre*, for Respondent.

McFARLAND, J. — The record in this case shows that an action for divorce between the parties herein is pending and undetermined in the superior court; that the court made an order that defendant pay to plaintiff $25 per month alimony, and that afterward the court made another order that defendant pay to plaintiff $150 counsel fees. Defendant takes a separate appeal from each of said orders, and respondent moves to dismiss the appeal from the order allowing the counsel fees. (As appellant does not move to dismiss the appeal from the order allowing alimony, that question is not before us.)

The appeal from the order allowing $150 counsel fees must be dismissed because the amount in dispute is too small to give the court jurisdiction.

The appeal from the order allowing counsel fees is dismissed.

FOX, J., SHARPSTEIN, J., PATERSON, J., THORNTON, J., and BEATTY, C. J., concurred.